Date signed November 26, 2008



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| WILLIAM ROBERT TELLUS | : | Case No. 08-23285PM |
| | : | Chapter 7 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |
| CAMDEN SUMMIT PARTNERSHIP | : | |
| t/a CAMDEN FALLSGROVE | : | |
| Movant | : | |
| vs. | : | |
| WILLIAM TELLUS | : | |
| STEVEN H. GREENFELD, TRUSTEE | : | |
| Respondents | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

## MEMORANDUM OF OPINION

　　　　Before the court is the Motion of Debtor's landlord, Camden Summit Partnership, t/a Camden Fallsgrove ("Landlord"), for relief from the automatic stay based upon Debtor's failure to make two pre-petition payments aggregating $2,338.11 on his residential lease.  Unlike the cases of *In re Thompson-Mendez*, 321 B.R. 814 (BC Md. 2005), and *In re Henderson*, 245 B.R. 449 (BC SDNY 2000), the Debtor made the rental payment that came due after the filing of this bankruptcy case under Chapter 7.  Debtor holds the property under a subsidized lease under the Moderately Priced Dwelling Unit Program administered by the City of Rockville.  Debtor's eligibility for this Program is reflected in his application for waiver of the Chapter 7 filing fee that showed monthly income of $1,279.00, and his Schedules I and J that reflect a monthly deficiency  of $1,478.00 between his income and expenses.

Under § 365(d)(1) of the Bankruptcy Code, an unexpired lease of residential real property is deemed rejected if not assumed by the Trustee within 60 days of the order for relief. There are no circumstances presented that would cause the Trustee to assume this particular lease. While the rejection of the lease removes the property from the bankruptcy estate, it does not terminate the automatic stay. Upon consideration of all of the circumstances, the court will condition the continuance of the automatic stay upon Debtor's making post-petition rent payments to the Landlord when due. An appropriate order will be entered.

cc:
Kelly Voss, Esq., Legal Aid, 6811 Kenilworth Avenue, #500, Riverdale, MD 20737
Phillip L. Felts, Esq., 4804 Moorland Lane, Bethesda, MD 20814
Steven H. Greenfeld, Trustee, 7910 Woodmont Avenue, #1103, Bethesda, MD 20814
William R. Tellus, 721 Fallsgrove Drive, #2141, Rockville, MD 20850

**End of Memorandum**